# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALYRIAN IP LLC, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) C.A. No. 21-483-LPS |
| PHONE.COM, INC., | ) ) **JURY TRIAL DEMANDED** |
| *Defendant.* | ) ) ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendant Phone.com, Inc.'s deadline to answer, move or otherwise respond to the Complaint shall be extended through and including Monday, October 11, 2021 (from August 30, 2021).

DATED: August 26, 2021

| **GAWTHROP GREENWOOD, PC** | **McCARTER & ENGLISH, LLP** |
|---|---|
| */s/ David W. deBruin* | */s/ Brian R. Lemon* |
| David W. deBruin | Brian R. Lemon (#4730) |
| 3711 Kennett Pike | Alexandra M. Joyce (#6423) |
| Suite 100 | Renaissance Centre |
| Wilmington, DE 19807 | 405 N. King Street, 8th Floor |
| (302) 777-5353 | Wilmington, Delaware 19801 |
| ddebruin@gawthrop.com | (302) 984-6300 |
| | blemon@mccarter.com |
| *Counsel for Plaintiffs Valyrian IP LLC* | ajoyce@mccarter.com |
| | |
| | *Counsel for Defendant Phone.com, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge